AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| United States of America<br>v.<br><br>MOHAMMAD ABDEL RAHMAN AL QATAMIN<br><br>_Defendant(s)_ | )<br>)<br>)  Case No. 7:18mj87<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Jan. 21, 2017, to Feb 2, 2017,__ in the county of __Spartanburg__ in the
_____ District of __South Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC 1001(a)(1) | Falsify, Conceal, or Cover Up by Trick, Scheme, or Device a Material Fact. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Clinton Pierce, FBI Special Agent
_____
Printed name and title

Sworn to before me and signed in my presence.

Date: May 22, 2018

_____
Judge's signature

City and state:    Greenville, South Carolina    Kevin McDonald, United States Magistrate Judge
_____
Printed name and title